```
____ FILED      ✗ LODGED
____ RECEIVED   ____ COPY

        JUL 1 4 2025

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>Accelerated Debt Settlement Inc., et al.,<br><br>Defendants. | CASE NO. **CV25-02443-PHX-SMB**<br><br>[proposed] **ORDER TEMPORARILY SEALING CASE FILE**<br><br>**DOCUMENT SUBMITTED UNDER SEAL** |

Plaintiff Federal Trade Commission ("FTC") has moved for an order pursuant to LRCiv 5.6 temporarily sealing the entire docket and all pleadings and orders in this matter (1) for 72 hours after the Court has ruled on the FTC's *ex parte* motion for a temporary restraining order ("TRO Motion") or (2) until the FTC notifies the Court and the Clerk of Court that the first Defendant has been served, whichever comes first. Upon consideration of the FTC's motion, as well as the FTC's TRO Motion and related pleadings and exhibits, this Court finds that good cause exists to seal temporarily the docket and case file in this case and hereby **GRANTS** the FTC's motion.

**IT IS THEREFORE ORDERED THAT:**

1. The docket in the above-captioned matter be sealed, and that the FTC's Complaint, TRO Motion, and all other papers in the above-captioned matter be filed under seal.

2. While the case file remains sealed, the Clerk shall make no notation of the aforementioned materials on the docket, the public record or PACER system, and the Clerk **shall not** send any notice of the aforementioned materials to counsel appearing of record.

3. Unless otherwise ordered or provided, the seal entered by this Order shall dissolve immediately (1) 72 hours after the Court has ruled on the FTC's TRO Motion or (2) when the FTC notifies the Court and the Clerk of Court that the first Defendant has been served, whichever comes first. No further order of the Court shall be necessary for the Clerk of Court to unseal the file thereafter.

4. This Order shall not be construed to prohibit service or other disclosure by the FTC, any Receiver appointed by the Court, or those acting at their direction, of any temporary restraining order entered in this case, any papers filed in support thereof, and/or copies of summonses and the complaint to: (1) the parties, (2) non-party financial institutions or other third parties that may be holding any assets of Defendants, or (3) any domestic or foreign law enforcement agency.

5. The Clerk shall promptly notify counsel for the FTC of the entry of this order and any temporary restraining order entered in this case.

6. The Clerk shall provide counsel for the FTC with copies of this order, any temporary restraining order, or any other order entered in this case by (a) providing paper copies

of such orders to FTC counsel Gregory Ashe or Benjamin Cady and/or (b) emailing copies of all such orders to gashe@ftc.gov and bcady@ftc.gov.

7. The Clerk shall provide counsel for the FTC with copies of the summonses issued in this case by (a) providing paper copies of such orders to FTC counsel Gregory Ashe or Benjamin Cady and/or (b) emailing copies to gashe@ftc.gov or bcady@ftc.gov.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE